UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPIRE ADS LLC, THE BLU MARKET, INC., *ex rel.* LISA NAVARRO, THE BLU MARKET LLC, *ex rel.* LISA NAVARRO, and LISA NAVARRO individually,<br><br>*Plaintiffs*,<br><br>v.<br><br>TAPP INFLUENCERS CORP., THE BLU MARKET, INC., THE BLU MARKET LLC, STEVEN FORKOSH, BRENNAN KASTNER, and JUSTIN EMERT,<br><br>*Defendants.* | Civil Action No.: 21-cv-10623 (JGK-GWG)<br>ECF Case<br>Hon. John. G. Koeltl<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**PLEASE TAKE NOTICE** that, as and for their corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, corporate plaintiffs ESPIRE ADS, THE BLU MARKET, INC., *ex rel.* LISA NAVARRO, and THE BLU MARKET LLC, *ex rel.* LISA NAVARRO ("Plaintiffs"), hereby declare upon information and belief that: (1) Plaintiffs have no parent corporation; and (2) no publicly traded corporation currently owns more than ten-percent (10%) of Plaintiffs' stock.

Dated:   New York, New York
         December 17th, 2021

                                                Yours etc.,
                                                **SUTTON SACHS MEYER PLLC**
                                                *Attorneys for Plaintiff*

                                                <u>Zachary G. Meyer, Esq.</u>
                                                Zachary G. Meyer, Esq.
                                                14 Penn Plaza, Suite 1315
                                                New York, NY 10122
                                                t. (212) 480-4357
                                                e. Zachary@ssm.law

To:   All Parties *via* ECF

TAPP INFLUENCERS CORP.
400 Broome St., 11th Fl.
New York, NY 10013
*Defendant*

THE BLU MARKET, INC.
400 Broome St., 11th Fl.
New York, NY 10013
*Defendant*

THE BLU MARKET LLC
3411 Silverside Rd., Ste. 104
Wilmington, DE 19810
*Defendant*

STEVEN FORKOSH
117 East 57th St., Apt. 31H
New York, NY 10022
         -and-
400 Broome St., 11th Fl.
New York, NY 10013
*Defendant*

BRENNAN KASTNER
400 Broome St., 11th Fl.
New York, NY 10013
*Defendant*

JUSTIN EMERT
400 Broome St., 11th Fl.
New York, NY 10013
*Defendant*