UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————
ESPIRE ADS LLC, ET AL.,

              Plaintiffs,

    - against -

TAPP INFLUENCERS CORP., ET AL.,

              Defendants.
———————————————————————————
TAPP INFLUENCERS LLC, ET AL.,

              Plaintiffs,

    - against -

ESPIRE ADS LLC, ET AL.,

              Defendants.
———————————————————————————

ORDER

21-cv-10623 (JGK)

21-cv-11068 (JGK)

**JOHN G. KOELTL**, District Judge:

    As stated at today's conference, the parties should submit a letter by February 9, 2022, explaining what the parties propose to do in terms of consolidating the two related cases, filing amended complaints, and proposing a briefing schedule for motions to dismiss or motions for new pleadings as well as judgment on the pleadings.

**SO ORDERED.**

Dated:    New York, New York
            January 31, 2022

                                        /s/ John G. Koeltl
                                       John G. Koeltl
                              United States District Judge