UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESPIRE ADS LLC, ET AL.,

                    Plaintiffs,

      - against -

TAPP INFLUENCERS CORP., ET AL.,

                    Defendants.

---

TAPP INFLUENCERS LLC, ET AL.,

                    Plaintiffs,

      - against -

ESPIRE ADS LLC, ET AL.,

                    Defendants.

---

**ORDER**

21-cv-10623 (JGK)

21-cv-11068 (JGK)

JOHN G. KOELTL, District Judge:

    As stated at today's conference, the parties should submit a letter by February 9, 2022, explaining what the parties propose to do in terms of consolidating the two related cases, filing amended complaints, and proposing a briefing schedule for motions to dismiss or motions for new pleadings as well as judgment on the pleadings.

SO ORDERED.

Dated:    New York, New York
         January 31, 2022

                                  John G. Koeltl
                        United States District Judge