**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────

**ESPIRE ADS LLC, ET AL.,**

                         **Plaintiffs.**

        **- against -**

**TAPP INFLUENCERS CORP., ET AL.,**

                        **Defendants.**
─────────────────────────────────

        **21-cv-10623 (JGK)**

        <u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

    The plaintiffs' amended complaint (ECF No. 31) is accepted as timely filed. A conference is scheduled for March 16, 2022, at 10:00 a.m. The parties may access the conference using the following dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 4, 2022**                 **/s/John G. Koeltl**
                                    **John G. Koeltl**
                      **United States District Judge**