# **R**ICHARD HERZFELD, P.C.
## 112 MADISON AVENUE, 8TH FLOOR
## NEW YORK, N.Y. 10016

| | | |
|---|---|---|
| 212-818-9019 telephone | rherzfeld@herzfeldlaw.com | Of Counsel |
| 212-391-9025 facsimile | | Einbinder & Dunn, LLP |

March 9, 2022

Hon. John G. Koeltl
United States District Court Judge
U. S. District Court
500 Pearl Street
New York, NY 10007 - 1312

    Re: Espire Ads LLC et al v. Tapp Influencers
        1:21-cv-10623-JGK
        Tapp Market Influencers LLC, et al. v. Espire Ads LLC, et al.
        Civil Action No. 21-cv-11068 (JGK)

Dear Judge Koeltl:

    On March 7th, I filed a request to adjourn the conference in the above matters set for March 16th due to a continued FINRA arbitration on that date. As it turns out the hearing will not continue on that date should the court wish to hold the conference on the 16th as scheduled. I apologize for any inconvenience.

    Respectfully,

    *Richard L. Herzfeld*

    RICHARD L. HERZFELD

cc via ECF: Zachary Meyer, Esq.