# RICHARD HERZFELD, P.C.
112 MADISON AVENUE, 8ᵀᴴ FLOOR
NEW YORK, N.Y. 10016

212-818-9019 telephone      rherzfeld@herzfeldlaw.com      Of Counsel
212-391-9025 facsimile                                     Einbinder & Dunn, LLP

March 9, 2022

Hon. John G. Koeltl
United States District Court Judge
U. S. District Court
500 Pearl Street
New York, NY 10007 - 1312

    Re:  Espire Ads LLC et al v. Tapp Influencers
        1:21-cv-10623-JGK
        Tapp Market Influencers LLC, et al. v. Espire Ads LLC, et al.
        Civil Action No. 21-cv-11068 (JGK)

Dear Judge Koeltl:

On March 7ᵗʰ, I filed a request to adjourn the conference in the above matters set for March 16ᵗʰ due to a continued FINRA arbitration on that date. As it turns out the hearing will not continue on that date should the court wish to hold the conference on the 16ᵗʰ as scheduled. I apologize for any inconvenience.

Respectfully,

*Richard L. Herzfeld*

RICHARD L. HERZFELD

cc via ECF: Zachary Meyer, Esq.

*The conference will proceed on 3/16/22 at 10:00 A.M. as scheduled.*

*So ordered.*

*[signed] J. G. Koeltl*
*3/14/22        U.S.D.J.*