EXHIBIT 2



**Department of State: Division of Corporations**

Allowable Characters

| HOME | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 5745043 | Incorporation Date / Formation Date: | 5/11/2015 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | ESPIRE ADS LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | UNITED STATES CORPORATION AGENTS, INC. | | |
|---|---|---|---|
| Address: | 221 N BROAD ST, SUITE 3A | | |
| City: | MIDDLETOWN | County: | New Castle |
| State: | DE | Postal Code: | 19709 |
| Phone: | 302-777-0538 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov