EXHIBIT 3



Richard Herzfeld <rherzfeld@herzfeldlaw.com>

## Steven Forkosh ; Blu Market
1 message

**Richard Herzfeld** <rherzfeld@herzfeldlaw.com>                    Tue, Jun 22, 2021 at 12:04 PM
To: Lisa Marie <Lisa@espireads.com>, lisa@kvrma.co, pjkicki@gmail.com, Anthony.campanella9@gmail.com, derek@morphdev.co, Charles@espireads.com, charles@kvrma.co
Bcc: Steven Forkosh <sforkosh@forkoshgroup.com>

I am advised that there has been ongoing misuse of the proprietary property of Blu Market and the defamation of both Blu Market and Steven Forkosh

This cannot go unaddressed. Unless we hear from you or your attorneys by close of business Thursday that the conduct will cease, retractions of the defamatory comments issue and all Blu Market property returned, we will be filing the attached complaint to commence an action for damages
--

> Richard L. Herzfeld
> Richard L. Herzfeld, P.C.
> 112 Madison Avenue
> 8th Floor
> New York, NY 10016
> 212-818-9019
> www.herzfeldlaw.com
>
> The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited.
>
> Please immediately contact the sender if you have received this message in error. Thank you.

 **complaint.pdf**
54K