EXHIBIT 4



---------- Forwarded message ---------
From: **Shane Tierney** <shane@theblumarket.com>
Date: Sat, Mar 12, 2016 at 11:43 AM
Subject: Affiliates KIK List
To: <ace@theblumarket.com>
Cc: Steven Forkosh <steven@theblumarket.com>

Some didn't have answers and there are still a few hundred processing that should be ready by tonight or tomorrow.

---

📄 **kiks.csv**
131K

| id | name | im_client | im_username |
|---|---|---|---|
| 1002 | Blu Market | none | |
| 1006 | Lester L | skype | None |
| 1008 | Kevin Turci | none | Kevinyoo1 |
| 1010 | Chukudi M | none | NYCrealistG |
| 1012 | Waqar Naz | other | Waqardon |
| 1014 | Nick DiMar | none | |
| 1018 | Justin Garc | none | |
| 1032 | Christophe | kik | Dopekidnunez |
| 1034 | Imstagram | promos | |
| 1036 | Mahmoud | none | |
| 1038 | Cameron S | other:kik | Estrogens |
| 1040 | Walter Dor | kik | Waltah |
| 1042 | Dalton Cres | kik | remainder |
| 1044 | Ayoub Oma | other:kik | w1 |
| 1046 | Drake Rufu | kik | contributing |
| 1048 | Conner Wil | other:kik | Wisdom |
| 1050 | Travis Bow | kik | JustTravis_24 |
| 1052 | Daniel Wat | other:kik | Surfing |
| 1056 | Stephanie | kik | |
| 1060 | Jacob Zach | kik | Jakepriv |
| 1064 | Ashton Bro | other:kik | Arching |
| 1068 | Neil Sanghv | other:kik | Worlds |
| 1070 | Joseph Nar | kik | Josephn |
| 1082 | keryn diaz | none | |
| 1084 | Javier Hern | kik | .iglegend |
| 1092 | Preston Lev | none | PrestonTheBoss |
| 1110 | Cale Bodda | kik | CFWify |
| 1112 | Wow Daqu | other:kik | Best_Picturez |
| 1128 | Matt Lento | skype | matt.smith110 |
| 1144 | Jesse Cruz | kik | PincheJessyka |
| 1146 | Steven Rich | skype | cotd.inhd |
| 1148 | Jean Alvare | other:kik | GoldenDrvgs |
| 1166 | Mo Daher | other:kik | Areyouevenknown |
| 1170 | Leonardo R | kik | Leonardo8123 |
| 1188 | jensen koko | kik | Callvmar |
| 1190 | Daniel Co | none | |
| 1196 | Darion Car | other:kik | Best.texting |
| 1200 | Tanvir Rahi | kik | Rtanvir20 |
| 1210 | Jerry Smoa | kik | Alone |
| 1216 | Jesus silva | kik | singer11_11 |
| 1220 | Jacob John | kik | Terribleideas |
| 1232 | Alexis Mich | none | |
| 1248 | Chris torres | none | |
| 1250 | harry jones | kik | harryjonesx |
| 1254 | Artem Voro | none | |
| 1264 | Jake Brown | kik | Fxckjaaaay |

---------- Forwarded message ---------
From: **Shane Tierney** <shane@theblumarket.com>
Date: Sat, Apr 23, 2016 at 1:42 PM
Subject: Affiliate List
To: Justin E <justin@theblumarket.com>, Lisa Navarro <lisa@theblumarket.com>

Attached


**Shane Tierney**
CTO
The BLU Market
718.496.9278

  

--
# Lisa Navarro



Chief Officer Operations

400 Broome Street
11th floor   New York, NY 10013

*Technology Partner. / Accelerator.*
www.theBLUmarket.com / www.ruckusmarketing.com
In the News  |  18th Fastest Growing Agency in the Country

https://mail.google.com/mail/u/0/?ik=465bd325f4&view=pt&search=all&permthid=thread-f%3A1719408724055078692%7Cmsg-f%3A1719408724…   1/2

| id | status | first_name | last_name | email |
|---|---|---|---|---|
| 11915 | active | Melvin | Unknown | melvinpimton@gmail.com |
| 20617 | active | Kristianallen | Hendricks | hendricks.kristian@yahoo.com |
| 8404 | active | Samuel | Mallard | kingkaayy@gmail.com |
| 20977 | active | Andy | Shin | Instagrambusiness@yahoo.com |
| 22571 | active | girls | wants | girlswants1@gmail.com |
| 8576 | active | jordan | smith | jordan@jsmith.me |
| 7334 | deleted | | | |
| 6994 | active | jake | Cummings | jake.cummings7@icloud.com |
| 24400 | active | Clay | Johnson | Clayjohnson75@me.com |
| 19504 | rejected | | | |
| 7782 | active | William | Nguyen | wn1095@gmail.com |
| 20333 | active | None | None | Amyfun91@gmail.com |
| 24180 | active | Imani | Ahmad | advertiseunow@gmail.com |
| 21245 | rejected | | | |
| 2074 | rejected | | | |
| 3994 | active | Kaymar | Facey | THatn1ggaH@icloud.com |
| 11779 | active | Jonathan | Sherman | Jon@newagevapes.com |
| 16122 | deleted | | | |
| 10670 | rejected | | | |
| 8424 | rejected | | | |
| 22327 | rejected | | | |
| 13252 | deleted | | | |

| id | status | first_name | last_name | email |