EXHIBIT 6



The following terms and conditions (the "IO Agreement") shall be deemed to be incorporated into and made a part of any applicable Insertion Orders (the "Insertion Order")

1. **Payment**. Payment shall be made to Company within a monthly, net 30 day term within the mentioned completion of the Download Insertion Order

2. **Qualified Conversion Definition (Qualified Conversion):** Qualified Conversions are defined in the Insertion Order(s) as users who have downloaded the Advertisers App as further defined in the IO below. Advertiser will verify each Qualified Conversion delivered by the Company to ensure that it has not been previously supplied by the Company. Each Qualified Conversion is subject to verification by Forensiq. Those deemed High Risk shall be disqualified. Final Qualified Conversions will be billed according to The Blu Market numbers recorded in Has Offers.

3. **Limitation of Liability**. NEITHER PARTY WILL HAVE ANY LIABILITY OR RESPONSIBILITY FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES IN CONNECTION WITH THIS AGREEMENT (HOWEVER ARISING, INCLUDING NEGLIGENCE) INCLUDING, WITHOUT LIMITATION, DAMAGES RELATING TO THE LOSS OF PROFITS, INCOME OR GOODWILL, EVEN IF IT IS AWARE OF THE POSSIBILITY OF SUCH DAMAGES. WITH THE EXCEPTION OF INDEMNIFICATION OBLIGATIONS, IN NO EVENT WILL EITHER PARTY'S LIABILITY FOR MONETARY DAMAGES UNDER THIS AGREEMENT EXCEED THE AMOUNT PAID BY ADVERTISER TO COMPANY UNDER THIS AGREEMENT.

**5.** **Company's Representations; Indemnification.** (i) Each party warrants that it has the right to perform its obligations herein without infringing upon the rights of any third party and the use, reproduction, distribution or transmission of any advertising material used by it ("Ad Content") will not violate any applicable law, rule or regulation; and (ii) each party will perform its obligations in compliance with this Agreement. Each party agrees, at its own expense, to indemnify, defend and hold harmless the other and its officers, directors, employees, representatives, agents, and subsidiaries, hereinafter referred to as "Affiliates" from and against third party claims, actions, liabilities, losses, expenses, damages and costs of any kind (including reasonable attorneys' fees and costs) that may at any time be incurred by any of them by reason of any claims, suits, or administrative proceedings arising from or related solely to the breach by the other of an Insertion Order, the Agreement, and/or any representation or warranty contained herein. The indemnified party will notify the other promptly of any claim, action or demand for which indemnity is claimed and will cooperate reasonably with the other at the other's sole cost and expense. The indemnified

party will have the right to participate in any defense of such a claim and/or to be represented by counsel of its own choice and at its own cost and expense. The indemnifying party may not settle any lawsuit relating to the Ad Content without obtaining the prior written consent of indemnified party or in absence of such consent, an unconditional release in favor of indemnified party.

6. **Warranties**. EXCEPT AS EXPRESSLY SET FORTH HEREIN, NEITHER PARTY MAKES ANY OTHER REPRESENTATIONS, WARRANTIES OR GUARANTEES OF ANY KIND, EITHER EXPRESS OR IMPLIED, AND DISCLAIMS ALL OTHER WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR OTHER WARRANTIES ARISING BY USAGE OF TRADE, COURSE OF DEALING OR COURSE OF PERFORMANCE. WITHOUT LIMITING THE FOREGOING, EACH PARTY DOES NOT WARRANT OR GUARANTEE THAT THE SERVICES CONTAINED HEREIN OR THE OPERATION THEREOF WILL BE UNINTERRUPTED.

7. **Publicity.** Other then as permissible herein, neither party shall make public any information relating to or concerning this Agreement and/or an Insertion Order nor the services provided under this Agreement and/or an applicable Insertion Order.

8. **Confidentiality**. As used herein, "Confidential Information" shall mean: (a) Advertiser's proprietary information marked or designated as such; (b) information marked or designated by Advertiser as confidential; (c) the terms and conditions of any Insertion Orders and this Agreement; and Company acknowledges that, as a result of the provision of services pursuant to an Insertion Order and this Agreement, Advertiser may disclose Confidential Information to Company. Therefore, Company agrees that it will make no disclosure of Confidential Information without obtaining Advertiser's prior written consent. Additionally, Company will restrict disclosure of Confidential Information to its employee(s), authorized agent(s), or independent contractors to whom disclosure is reasonably required, and such employee(s), authorized agent(s) and/or independent contractor(s) will use reasonable care, but not less care than they use with respect to their own information of like character, to prevent disclosure of any Confidential Information. Nothing contained in any Insertion Order and this Agreement shall be construed as granting or conferring rights by license or otherwise in any Confidential Information disclosed under any Insertion Order or this Agreement. This Section shall survive any termination of this Agreement for a period of 1 year thereafter. Notwithstanding anything contained herein to the contrary, confidentiality provisions shall not apply where Company can demonstrate with clear evidence that the information: (a) was previously known to it at the time of disclosure, free of any obligation to keep it confidential; (b) became publicly known through no wrongful act of it; (c) was rightfully received by it from a third party who was not bound under any confidentiality provisions; or (d) was disclosed pursuant to judicial order, requirement of a governmental agency or by operation of law.

9. **Termination.** Each party may terminate this Agreement or Insertion Order at any time for any reason upon seven (7) business days prior written notice to the other party. Such termination shall not relieve Advertiser of its obligations hereunder to pay the pro rata portion of the set CPI amount based upon the number of downloads inserted through the effective date of termination.

10. **Miscellaneous.** Any and all Insertion Orders and this Agreement: (i) shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to principles of conflicts of law, and the parties consent to the exclusive jurisdiction of the State and federal courts having jurisdiction over the State of New York; (ii) may be amended only by a

written Agreement executed by an authorized representative of each party; and (iii) constitute the complete and entire expression of the Agreement between the parties, and shall supersede any and all other Agreements, whether written or oral, between the parties.  In the event that any provision of this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, the remaining provisions shall remain in full force and effect. Sections that by their nature survive termination or expiration of this Agreement shall survive the termination or expiration of this Agreement.  Nothing contained in any Insertion Order or this Agreement shall create any relationship of partnership, agency, franchise or joint venture between the parties.  Neither party has the authority to bind the other or incur any obligation on the others' behalf.

**The BLU Market Inc.**                                    **Maiden Marketing Pte Ltd**

Signature: *Lisa Navarro* (DocuSigned by: 0C688DDF5C704DC...)            Signature: [signed] [Maiden Marketing Pte Ltd seal]

Name: Lisa Navarro                                         Name: Vaibhav Odhekar

Title: Sr. VP Operations                                   Title: Director

Date: 4/8/2017                                             Date: 5th April 2017

**INSERTION ORDER**

| **"Company" Sales Contact** | |
|---|---|
| Contact: | Erik Radtke |
| Telephone: | 952-457-6770 |
| Fax: | |
| Email: | Erik@theblumarket.com |
| Address: | 400 Broome Street, 11th Floor, Ny, Ny, 10013 |
| **Company Accounts Receivable Contact** | |
| Contact: | Accounting@theblumarket.com |
| Telephone: | 212-219-3800 |

| **"Publisher" Account Contact** | |
|---|---|
| Contact: | Arpit Patel |
| Telephone: | 9967651709 |
| Fax: | NA |
| Email: | arpit@pokkt.com |
| Address: | Regd 79, Ayer Rajah Crescent, #04-09, Singapore 139955 |
| **Publisher Billing Contact** | |
| Contact: | billing@pokkt.com |
| Telephone: | 91 22 66715893 |

| Fax: |  | Fax: | NA |
|---|---|---|---|
| Email: | Accounting@theblumarket.com<br>Lisa@TheBluMarket.com | Email: | billing@pokkt.com |
| Address: | 400 Broome Street, 11th Floor, Ny, Ny, 10013 | Address: | Regd 79, Ayer Rajah Crescent, #04-09, Singapore 139955 |

**Terms and Conditions:** The attached Terms and Conditions shall be deemed incorporated by reference into this insertion order (the "Insertion Order This Insertion Orders is subject to acceptance by Company. The Terms and Conditions above and this Insertion Order shall be collectively known as the "Agreement."

| **Campaign Details and Special Conditions** |
|---|
| Agreement specifics can be modified and changed via email confirmation from both parties. |
| **Ad Type** |
| via Link on network |
| **Pricing Method** |
|  |

**Campaign Name:** ___Multiple_____

By signing below, Publisher agrees to be bound by the terms of this Insertion Order and the Agreement.

Signature: _____   Title: __Director_____

Name Vaibhav Odhekar                      Date: 5th April 2017



The following terms and conditions shall be deemed to be incorporated into and made a part of any applicable Insertion Orders (the "Insertion Order")

**Payment**.  Payment shall be made to Company as defined in the Insertion Order.

**Qualified Conversion Definition (Qualified Conversion):** Qualified Conversions are defined in the Insertion Order(s).

**Limitation of Liability**. NEITHER PARTY WILL HAVE ANY LIABILITY OR RESPONSIBILITY FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES IN CONNECTION WITH THIS AGREEMENT (HOWEVER ARISING, INCLUDING NEGLIGENCE) INCLUDING, WITHOUT LIMITATION, DAMAGES RELATING TO THE LOSS OF PROFITS, INCOME OR GOODWILL, EVEN IF IT IS AWARE OF THE POSSIBILITY OF SUCH DAMAGES. WITH THE EXCEPTION OF INDEMNIFICATION OBLIGATIONS, IN NO EVENT WILL EITHER PARTY'S LIABILITY FOR MONETARY DAMAGES UNDER THIS AGREEMENT EXCEED THE AMOUNT PAID BY ADVERTISER TO COMPANY UNDER THIS AGREEMENT.

**Company's Representations; Indemnification.** (i) Each party warrants that it has the right to perform its obligations herein without infringing upon the rights of any third party and the use, reproduction, distribution or transmission of any advertising material used by it ("Ad Content") will not violate any applicable law, rule or regulation; and (ii) each party will perform its obligations in compliance with this Agreement. Each party agrees, at its own expense, to indemnify, defend and hold harmless the other and its officers, directors, employees, representatives, agents, and subsidiaries, hereinafter referred to as "Affiliates" from and against third party claims, actions, liabilities, losses, expenses, damages and costs of any kind (including reasonable attorneys' fees and costs) that may at any time be incurred by any of them by reason of any claims, suits, or administrative proceedings arising from or related solely to the breach by the other of an Insertion Order, the Agreement, and/or any representation or warranty contained herein.  The indemnified party will notify the other promptly of any claim, action or demand for which indemnity is claimed and will cooperate reasonably with the other at the other's sole cost and expense. The indemnified party will have the right to participate in any defense of such a claim and/or to be represented by counsel of its own choice and at its own cost and expense.  The indemnifying party may not settle any lawsuit relating to the Ad Content without obtaining the prior written consent of indemnified party or in absence of such consent, an unconditional release in favor of indemnified party.

**Warranties.** EXCEPT AS EXPRESSLY SET FORTH HEREIN, NEITHER PARTY MAKES ANY OTHER REPRESENTATIONS, WARRANTIES OR GUARANTEES OF ANY KIND, EITHER EXPRESS OR IMPLIED, AND DISCLAIMS ALL OTHER WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR OTHER WARRANTIES ARISING BY USAGE OF TRADE, COURSE OF DEALING OR COURSE OF PERFORMANCE.  WITHOUT LIMITING THE FOREGOING, EACH PARTY DOES NOT WARRANT OR GUARANTEE THAT THE SERVICES CONTAINED HEREIN OR THE OPERATION THEREOF WILL BE UNINTERRUPTED.

**Publicity.** Other then as permissible herein, neither party shall make public any information relating to or concerning this Agreement and/or an Insertion Order nor the services provided under this Agreement and/or an applicable Insertion Order.

**Confidentiality.** As used herein, "Confidential Information" shall mean: (a) Advertiser's proprietary information marked or designated as such; (b) information marked or designated by Advertiser as confidential; (c) the terms and conditions of any Insertion Orders and this Agreement; and   Company acknowledges that, as a result of the provision of services pursuant to an Insertion Order and this Agreement, Advertiser may disclose Confidential Information to Company.   Therefore, Company agrees that it will make no disclosure of Confidential Information without obtaining Advertiser's prior written consent.   Additionally, Company will restrict disclosure of Confidential Information to its employee(s), authorized agent(s), or independent contractors to whom disclosure is reasonably required, and such employee(s), authorized agent(s) and/or independent contractor(s) will use reasonable care, but not less care than they use with respect to their own information of like character, to prevent disclosure of any Confidential Information.  Nothing contained in any Insertion Order and this Agreement shall be construed as granting or conferring rights by license or otherwise in any Confidential Information disclosed under any Insertion Order or this Agreement.   This Section shall survive any termination of this Agreement for a period of 1 year thereafter. Notwithstanding anything contained herein to the contrary, confidentiality provisions shall not apply where Company can demonstrate with clear evidence that the information: (a) was previously known to it at the time of disclosure, free of any obligation to keep it confidential; (b) became publicly known through no wrongful act of it; (c) was rightfully received by it from a third party who was not bound under any confidentiality provisions; or (d) was disclosed pursuant to judicial order, requirement of a governmental agency or by operation of law.

**Termination.**  Each party may terminate this Agreement or Insertion Order at any time for any reason upon 48 hour prior written notice to the other party.  Such termination shall not relieve Advertiser of its obligations hereunder to pay the pro rata portion of the set CPI amount based upon the number of downloads inserted through the effective date of termination.

**Miscellaneous.**  Any and all Insertion Orders and this Agreement: (i) shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to principles of conflicts of law, and the parties consent to the exclusive jurisdiction of the State and federal courts having jurisdiction over the State of New York; (ii) may be amended only by a written Agreement executed by an authorized representative of each party; and (iii) constitute the complete and entire expression of the Agreement between the parties, and shall supersede any and all other Agreements, whether written or oral, between the parties.  In the event that any provision of this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, the remaining provisions shall remain in full force and effect. Sections that by their nature survive termination or expiration of this Agreement shall survive the termination or expiration of this Agreement.  Nothing contained in any Insertion Order or this Agreement shall create any relationship of partnership, agency, franchise or joint venture between the parties.  Neither party has the authority to bind the other or incur any obligation on the others' behalf.

| **Company:  Espire Ads, LLC** | **Advertiser:** _Fuzzy Button Games_____ |
|---|---|
| Signature:_____ | Signature:_____ |
| Name:_____ | Name:_____ |
| Title:_____ | Title:_____ |
| Date:_____ | Date:_____ |

INSERTION ORDER

| "Company" Sales Contact | |
|---|---|
| Contact: | Erik Radtke |
| Telephone: | 952-457-6770 |
| Email: | erik@espireads.com |
| Address: | 237 E. 34th Street, Suite 701 New York, NY 10016 |

| "Advertiser" Account Contact | |
|---|---|
| Contact: | |
| Telephone: | |
| Email: | |
| Address: | |

| Company Accounts Receivable Contact | |
|---|---|
| Contact: | Lisa Navarro |
| Telephone: | (951) 710-7325 |
| Email: | accounting@espireads.com |
| Address: | 237 E. 34th Street, Suite 701 New York, NY 10016 |

| Advertiser Billing Contact | |
|---|---|
| Contact: | |
| Telephone: | |
| Email: | |
| Address: | |

**Terms and Conditions:** The attached Terms and Conditions shall be deemed incorporated by reference into this insertion order (the "Insertion Order This Insertion Orders is subject to acceptance by Company. The Terms and Conditions above and this Insertion Order shall be collectively known as the "Agreement."

### Campaign Details and Special Conditions

Campaign will run from date of signature until further notice. Daily cap will be set at $600 per day. Qualifying conversions are defined as a new user that installs and opens the app (CPI). The campaign will target US mobile users on iOS and Android. The CPI price for iOS is $0.50 and the Android price is $0.05. Campaign details may be modified by mutually confirmed emails.

### Ad Type

Allowed traffic is influencer created content, posted on private social media pages,
web offer wall content locking traffic, and media buying.

### Pricing Method

Pricing will be based on tracked installs, recorded in the Espire Dashboard. Advertiser is responsible for payment no less than 15 days (NET15) following the end of the campaign or the end of the month in which the offer was run.

**Campaign Name: Spin2win Q3**

By signing below, Advertiser agrees to be bound by the terms of this Insertion Order and the Agreement.

Signature: _____        Title:_____

Name: _____        Date:_____