EXHIBIT 7



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0009037536
Search Results: Displaying 1 of 1 entries



*Espire Influencer Network App Code.*

**Type of Work:** Computer File
**Registration Number / Date:** TX0009037536 / 2021-11-17
**Application Title:** Espire Influencer Network App Code.
**Title:** Espire Influencer Network App Code.
**Description:** Electronic file (eService)
**Copyright Claimant:** Espire Ads LLC. Address: 3610 Central Ave, No 42, Riverside, CA, 92506, United States.
**Date of Creation:** 2018
**Date of Publication:** 2018-09-24
**Nation of First Publication:** United States
**Authorship on Application:** Espire Ads LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: computer program.
**Rights and Permissions:** Sutton Sachs Meyer PLLC, 14 Penn Plz Ste 1315, New York, NY, 10122, United States, (212) 480-4350, info@ssm.law
**Copyright Note:** C.O. correspondence.

**Names:** Espire Ads LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ⌄   Format for Print/Save |
| Enter your email address:                                Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0009037539
Search Results: Displaying 1 of 1 entries

◀ previous | next ▶



*Espire Influencer Network SaaS Code.*

**Type of Work:** Computer File
**Registration Number / Date:** TX0009037539 / 2021-11-17
**Application Title:** Espire Influencer Network SaaS Code.
**Title:** Espire Influencer Network SaaS Code.
**Description:** Electronic file (eService)
**Copyright Claimant:** Espire Ads LLC. Address: 3610 Central Ave, No 42, Riverside, CA, 92506.
**Date of Creation:** 2017
**Date of Publication:** 2017-07-21
**Nation of First Publication:** United States
**Authorship on Application:** Espire Ads LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: computer program.
**Rights and Permissions:** Sutton Sachs Meyer PLLC, 14 Penn Plz Ste 1315, New York, NY, 10122, United States, (212) 480-4350, info@ssm.law
**Copyright Note:** C.O. correspondence.