EXHIBIT 8

| ACTIVITY | USER | DATE |
| --- | --- | --- |
| ❌ Removed from Sale | Apple | Oct 30, 2019 at 7:37 PM |
| ✅ Ready for Sale | Apple | Apr 22, 2019 at 12:28 PM |
| 🟡 Pending Agreement | Apple | Dec 21, 2018 at 10:56 PM |
| ✅ Ready for Sale | Apple | Aug 25, 2017 at 11:11 AM |
| 🟡 Pending Agreement | Apple | Aug 25, 2017 at 6:16 AM |
| ✅ Ready for Sale | steven@theblumarket.com | Aug 1, 2016 at 1:20 PM |
| 🟡 Pending Developer Release | Apple | Jul 28, 2016 at 4:50 PM |
| 🟡 In Review | Apple | Jul 28, 2016 at 1:23 PM |
| 🟡 Waiting for Review | michaelb@theblumarket.com | Jul 27, 2016 at 6:12 PM |
| 🟡 Prepare for Submission | michaelb@theblumarket.com | Jul 27, 2016 at 6:11 PM |

## ˅ Version 1.0

| ACTIVITY | USER | DATE |
| --- | --- | --- |
| ✅ Ready for Sale | ryanpcowan@icloud.com | Jul 27, 2016 at 12:34 PM |
| 🟡 Processing for App Store | ryanpcowan@icloud.com | Jul 27, 2016 at 12:34 PM |
| 🟡 Pending Developer Release | Apple | Jul 27, 2016 at 12:30 PM |
| 🟡 In Review | Apple | Jul 27, 2016 at 12:25 PM |
| ❌ Metadata Rejected | Apple | Jul 25, 2016 at 7:44 PM |
| 🟡 In Review | Apple | Jul 25, 2016 at 7:26 PM |
| 🟡 Waiting for Review | steven@theblumarket.com | Jul 25, 2016 at 1:57 PM |
| ❌ Metadata Rejected | Apple | Jul 22, 2016 at 8:54 PM |
| 🟡 In Review | Apple | Jul 22, 2016 at 8:36 PM |
| 🟡 Waiting for Review | ryanpcowan@icloud.com | Jul 22, 2016 at 3:35 PM |