EXHIBIT 10



---------- Forwarded message ---------
From: **LinkedIn Security** <security-noreply@linkedin.com>
Date: Thu, Sep 7, 2017 at 5:14 PM
Subject: Lisa, a new email address was added to your account
To: Lisa Marie <lisa@theblumarket.com>

Hi Lisa,

The email address lisa@espireads.com was recently added to your LinkedIn account.

If you don't want that email associated with your account after all, here's how to remove it:

1. Type https://www.linkedin.com/e/v2?e=44glyv-j7aya6an-sj&lipi=urn%3Ali%3Apage%3Aemail_security_add_email_notification%3B6a2xzd%2FdQjCDDOodhk%2BpZQ%3D%3D&t=nas&midToken=AQElYdugV8Zjnw&ek=security_add_email_notification into your browser
2. Sign in with your email address and password
3. Find **Primary email** in the upper left and click **Change/Add**
4. Click **Remove** next to the email address you're removing.

Thanks for using LinkedIn and for helping us to keep your account secure.

    The LinkedIn Team

**When and where this happened:**

| | |
|---|---|
| Date: | September 7, 2017, 9:13 PM (GMT) |
| App: | Mobile Safari UI/WKWebView |
| Operating System: | iOS |
| Approximate Location: | Unknown |

**Didn't do this?** Be sure to change your password right away.

This email was intended for Lisa Marie (CEO and Founder at Espire Ads). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2017 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

--

# Lisa Navarro

Chief Officer Operations

400 Broome Street
11th floor   New York, NY 10013

*Technology Partner. / Accelerator.*
www.theBLUmarket.com / www.ruckusmarketing.com
In the News  |  18th Fastest Growing Agency in the Country

"This email message and any attachments are intended solely for the use of the individual or entity to which it is addressed and may contain information that is confidential or legally privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and permanently delete this message and attachments. All information furnished herein is deemed reliable and is submitted subject to errors, omissions, change of terms and conditions, prior sale, or withdrawal without notice. We do not represent or guarantee the accuracy of any information and are not liable for any reliance thereon."

🌏 **Please consider the environment before printing this email**