EXHIBIT 12

# Department of State
## Division of Corporations

## Search Our Corporation and Business Entity Database

The Corporation and Business Entity Database includes business and not for profit corporations, limited partnerships, limited liability companies, limited liability partnerships, and other miscellaneous businesses. The database also includes assumed name filings for corporations, limited liability companies and limited partnerships.

***This system should not be used to determine the acceptability of an Entity Name.***

As the Department relies upon information provided to it, the information's completeness or accuracy cannot be guaranteed. If you have any questions about performing a search or the results you receive, please contact the NYS Department of State, Division of Corporations at (518) 473-2492, Monday - Friday, 8:45AM – 4:30PM Eastern Standard Time.

**To search the database do the following:**
1. Select the search type in the **Search By** field.
2. Enter the value for the name or ID being searched in the next field.
3. Optionally filter by the status of the entity being searched in the **Entity Type** field.
4. When searching by a name, the type of matching can be changed (begins with, contains, etc.) in the **Search Functionality** field. See additional search instructions below for more information.
5. Select the entity type being searched in the **Entity List.**
6. Click **Search the Database.**

Additional Search Instructions

| Search By | EntityName |
| --- | --- |
| EntityName | espire |
| Entity type | AllStatuses |
| Search Functionality | BeginsWith |

| Entity list | ☑ Corporation |
| --- | --- |
| | ☑ LimitedLiabilityCompany |
| | ☑ LimitedPartnership |
| | ☑ LimitedLiabilityPartnership |

Search the Database

# Department of State
## Division of Corporations

## Entity Search Results

**A total of 2 entities were found. If the entity name you are searching is not displayed please refine the search.**

Search

| Name | DOS ID # | Assumed Name ID # | Status | Entity Type | Date of First Filing | County |
| --- | --- | --- | --- | --- | --- | --- |
| ESPIRE CONSTRUCTION SERVICES LLC | 3985074 | | Active | DOMESTIC LIMITED LIABILITY COMPANY | 08/16/2010 | New York |
| ESPIRENCE, INC. | 3299155 | | Inactive | DOMESTIC BUSINESS CORPORATION | 12/30/2005 | Queens |

Rows per page: 5    1-2 of 2

Return to Search