EXHIBIT 17

 Gmail

Richard Herzfeld <rherzfeld@herzfeldlaw.com>

## Espire with Blu Market
1 message

**Richard Herzfeld** <rherzfeld@herzfeldlaw.com>        Fri, Oct 30, 2020 at 5:02 PM
To: Lisa Marie <lisa@espireads.com>, "Jeffrey R. Klein" <jrk@fisherwolfe.com>
Bcc: Steven Forkosh <steven@theblumarket.com>

Dear Jeffrey and Lisa:

Although the parties attempted to lay the groundwork for a merger of their companies, it appears that even that limited and incomplete blueprint has not been abided by. I am advised that there has been no effort to begin the process or to institute any of the steps detailed therein.

On a more troubling note, I am advised that Ms. Navarro lacked the ability to even make the commitment to provide Mr. Forkosh with 50% of Espire as John Radke and others are equity owners in Espire as well.

Mr. Forkosh has no interest in taking action with respect to the foregoing, as long as we can agree to declare the incomplete agreement which was signed to be null and void, and acknowledge that Ms. Navarro and Mr. Forkosh have no rights, interests or obligations with respect to any company in which other has an interest, leaving everyone free to pursue their own interests.

We can discuss it further if you feel otherwise. If not, I suggest a very simple document to memorialize the foregoing.
--

Richard L. Herzfeld
Richard L. Herzfeld, P.C.
112 Madison Avenue
8th Floor
New York, NY 10016
212-818-9019
www.herzfeldlaw.com

The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited.

Please immediately contact the sender if you have received this message in error. Thank you.

 **Gmail**

## Re: Espire with Blu Market
1 message

**Jeffrey R. Klein** <jrk@fisherwolfe.com>                    Sat, Oct 31, 2020 at 11:12 AM
To: Richard Herzfeld <rherzfeld@herzfeldlaw.com>, Lisa Marie <lisa@espireads.com>

Richard,

Clause No. 1 states that the parties entered into the agreement on 8/27/20. To my knowledge, the deal was never executed by either party. As such, I have revised with the proposed redlined changes and with minor additional revisions.

Please let me know your thoughts.

Best,

Jeff

**Jeffrey R. Klein**  |  **Attorney at Law**
D: 310.278-4300 x105  |  F: 310.278-5430  |  jrk@fisherwolfe.com

**Fisher & Wolfe LLP**
9401 Wilshire Boulevard, Suite 640
Beverly Hills, California 90212
O: 310.278-4300  |  FisherWolfe.com

Notice: This message and any attachment(s) are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient and have received this email in error, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient you must not copy this message or any attachment, disclose the contents to any other person, or take any action in reliance on this message or any attachment.

---

**From:** Richard Herzfeld <rherzfeld@herzfeldlaw.com>
**Sent:** Saturday, October 31, 2020 5:35 AM
**To:** Lisa Marie <lisa@espireads.com>; Jeffrey R. Klein <jrk@fisherwolfe.com>
**Subject:** Re: Espire with Blu Market

Jeff

I understand our clients have spoken and agreed to rescind the agreement. Attached is a draft for your review.

On Fri, Oct 30, 2020 at 5:02 PM Richard Herzfeld <rherzfeld@herzfeldlaw.com> wrote:

> Dear Jeffrey and Lisa:
>
> Although the parties attempted to lay the groundwork for a merger of their companies, it appears that even that limited and incomplete blueprint has not been abided by. I am advised that there has been no effort to begin the process or to institute any of the steps detailed therein.
>
> On a more troubling note, I am advised that Ms. Navarro lacked the ability to even make the commitment to provide Mr. Forkosh with 50% of Espire as John Radke and others are equity owners in Espire as well.
>
> Mr. Forkosh has no interest in taking action with respect to the foregoing, as long as we can agree to declare the incomplete agreement which was signed to be null and void, and acknowledge that Ms. Navarro and Mr. Forkosh have no rights, interests or obligations with respect to any company in which other has an interest, leaving everyone free to pursue their own interests.
>
> We can discuss it further if you feel otherwise. If not, I suggest a very simple document to memorialize the foregoing.
> --
>
> Richard L. Herzfeld
> Richard L. Herzfeld, P.C.
> 112 Madison Avenue
> 8th Floor
> New York, NY 10016
> 212-818-9019
> www.herzfeldlaw.com
>
>
> The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited.
>
> Please immediately contact the sender if you have received this message in error. Thank you.

--

Richard L. Herzfeld
Richard L. Herzfeld, P.C.
112 Madison Avenue
8th Floor

New York, NY 10016
212-818-9019
www.herzfeldlaw.com

The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited.

Please immediately contact the sender if you have received this message in error. Thank you.

---

 **Forkosh-Navarro.10.31.rtf**
63K