EXHIBIT 23



 

# Copy Link, Promote, Earn money

Use KVRMA to connect with major app companies and brands to promote in real-time



**Access Exclusive Offers & Brands**
Find one that fits your audience best.



**Choose when you get paid.**
Request a payment and get paid as soon as 1-2 business days.



**No obligations or contracts.**
Promote and earn money on your terms.

# Connect with Brands & Advertisers

Choose an offer that fits your audience best, grab your link and promote it anywhere and everywhere you have an audience.



# You're in control.

Choose when you get paid. Request a payment and cashout as soon as 1-2 business days.



# We're currently invite only.




© 2021 KVRMA LLC. All rights reserved.

Use Code "KVRMA" for 20% off

CART (0)

# KVRMA





GOOD KVRMA COLLECTIONS

New Arrivals







FEATURED COLLECTION





Kvrma

Good Kvrma Sweats

$77.77

Kvrma

Good Kvrma Hoodies

from $66.00

# GOOD KVRMA TEES

$33.33   $59.99

Pay in 4 interest-free installments for orders over $50 with **Shop Pay**   Learn more

Color:

| Dark Night                                     ⌄ |
| --- |

Size:

| M                                               ⌄ |
| --- |

Quantity    | 1 |



| ADD TO CART | BUY WITH G Pay |
| --- | --- |

More payment options

These soft Tees are 100% Cotton made in the USA



> "KVRMA Hoodies are the softest
> and my favorite to wear!"
>
> Anilsa Arias
> @emotionquote.s



# LOCATION

3610 Central Avenue

Suite 42

Riverside, CA 92506

---

## MAIN MENU

Collections

## FOLLOW US OUT THERE

Instagram

Email

## K V R M A

A 501c3 non-profit Peer support network of Influencers. We provide Mental Health support & work to bring Suicide awareness. Let's make Happy a Trend 💜

## NEWSLETTER

your@email.com    **SUBSCRIBE**

Copyright © 2022 Kvrma .

Powered by Shopify

USD $  ⌄

