EXHIBIT 26



