EXHIBIT 28

**Customer Service: 800-700-2443**
**Gas Leaks: 800-959-5325**
**Payments by Phone: 866-780-5488**
**Hearing Impaired: 711**
**TexasGasService.com**

Texas Gas Service
PO Box 219913
Kansas City MO 64121-9913

**BRENNAN KASTNER**
**10514  ROBINWOOD CIR**
**AUSTIN, TX  78758-5013**

| | |
|---|---|
| **Do Not Pay** | **$44.47** |
| **Will Be Drafted** | **01-21-22** |
| **Account Number** | 913004209 1301485 64 |
| Rate | AUST I/S RES |
| Active Deposit | NONE |
| Statement Date | 01-05-22 |

RATE SCHEDULE(S) AVAILABLE UPON REQUEST.

| | |
|---|---|
| **Total Amount Due** | **$44.47** |

6716BG2.003  TGS:  001825

