UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ESPIRE ADS LLC, THE BLU MARKET, INC.,     1:21-cv-10623
ex rel. LISA NAVARRO, THE BLU MARKET     Hon. John G. Koetl
LLC, *ex rel.* LISA NAVARRO, and LISA
NAVARRO individually,     AFFIDAVIT IN SUPPORT
               Plaintiffs,     OF MOTION
    v.
TAPP INFLUENCERS CORP., THE BLU
MARKET, INC., THE BLU MARKET LLC,
STEVEN FORKOSH, BRENNAN KASTNER,
and JUSTIN EMERT,
               Defendants

------------------------------------------------------------x

STATE OF ~~NEW YORK~~ New Jersey:

COUNTY OF Bergen

Alex Vasquez, being duly sworn, deposes and says:

1. I am a former employee of The Blu Market, Inc. ("Blu Market") and current member of TAPP Market Influencers, LLC ("TAPP").

2. I began with Blu Market in 2013 and was responsible for bringing Lisa Navarro ("Navarro") to the company and introducing her to Steven Forkosh and the field of influencer or affiliate marketing.

3. When she began, Navarro had no relevant affiliate marketing experience. She had some influencer contacts prior to Blu Market but no one that Blu Market had not worked with already. Most of her contacts and introductions were established at Blu Market.

4. Navarro eventually left for a company that she had started, Espire Ads ("Espire"). While I did not join Espire after Navarro left, I did do some consulting for it

1

and am familiar with its operations.

6. Espire basically copied Blu Market, so much so that I have had people ask if it is the same company.

7. Espire uses the same third party vendor, Tune, as Blu Market for its software and operating system to run the entire company's management and operations.

8. Espire uses the same influencers as Blu Market, all relationships which Navarro established at Blu Market.

9. Most of Espire's operations team had been Blu Market's operations team.

10. My one direct involvement with Espire was when Navarro wanted to remove Erik Radtke, also a former Blu Market employee.

11. She asked if she could appoint me to the Espire Board so I could be her deciding vote for that specific purpose.

12. I agreed and she appointed me. A conference call Board meeting was then held and as predicted, I was the deciding vote to remove Radtke. Her tactic was successful. After that vote, however, I never heard another word from Navarro or Espire as to my "Board membership"; nor was I advised of any other Board meetings.

Alex Vasquez

Sworn to me 30th day of December, 2021

DANIEL SERAPHIN
NOTARY PUBLIC OF NEW JERSEY
COMM. NO. 2440898
MY COMMISSION EXPIRES 11/25/2023

2