



**Steven 2**

Jun 25, 2020, 6:50 PM

**Steven:** Call me

**Me:** Just got to the cabin. Service sucks

**Me:** Going to the lake for a bit with the fam

**Steven:** Ok

**Steven:** Call me when you can

**Me:** Ok

**Steven:** Wanna bring you up to speed

**Steven:** Either She's dissolving Espire to do this with us or leaving it with cutting us in to Espire

**Steven:** Wanna discuss so just call when you have service

**Me:** Wow

**Steven:** Ya she's super scared

**Steven:** Great time for us

**Steven:** Rather have her than Ryan lol

**Me:** so crazy. Let me think about how to feel. Didn't even consider it

> Wanna discuss so just call when you have service

Wow

> Ya she's super scared

> Great time for us

> Rather have her than Ryan lol

so crazy. Let me think about how to feel. Didn't even consider it

> Yea

> I mean if she cuts us in immediately it shows she's willing to drop her situation for us

> But I told her this is an open book partnership and I need you to be confident as much as I am for it to work

> And I also told her that if this happens I need full transparency

Text Message
Sep 7, 2020, 1:39 PM

Did the merge happen?

Read