On Sat, Oct 31, 2020 at 3:24 PM Richard Herzfeld <rherzfeld@herzfeldlaw.com> wrote:
Steven said they signed. Please check

Sent from my iPhone

On Oct 31, 2020, at 11:12 AM, Jeffrey R. Klein <jrk@fisherwolfe.com> wrote:

Richard,

Clause No. 1 states that the parties entered into the agreement on 8/27/20. To my knowledge, the deal was never executed by either party. As such, I have revised with the proposed redlined changes and with minor additional revisions.

Please let me know your thoughts.

Best,

Jeff

**Jeffrey R. Klein  |  Attorney at Law**
D: 310.278-4300 x105  |  F: 310.278-5430  |  jrk@fisherwolfe.com

**Fisher & Wolfe LLP**
9401 Wilshire Boulevard, Suite 640
Beverly Hills, California 90212
O: 310.278-4300  |  FisherWolfe.com

Notice: This message and any attachment(s) are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient and have received this email in error, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient you must not copy this message or any attachment, disclose the contents to any other person, or take any action in reliance on this message or any attachment.