



**From:** **Andrew Franz | Fluent** afranz@fluentco.com
**Subject:** Espire - Fluent Follow up
**Date:** September 29, 2020 at 7:20 AM
**To:** Ryan Schulke | Fluent rschulke@fluentco.com, Carl Augustin | Fluent caugustin@fluentco.com, Matthew Koncz | Fluent mkoncz@fluentco.com, Lisa Marie lisa@espireads.com, Justin Emert justin.e@espireads.com, steven@espireads.com



Andrew Franz is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://fluentco.zoom.us/j/95106221914?pwd=RUNWOExKNy81TVROUno5RGdnL2FOQT09

Meeting ID: 951 0622 1914
Passcode: 138258
One tap mobile
+16465588656,,95106221914#,,,,,,0#,,138258# US (New York)
+13017158592,,95106221914#,,,,,,0#,,138258# US (Germantown)

Dial by your location
    +1 646 558 8656 US (New York)
    +1 301 715 8592 US (Germantown)
    +1 312 626 6799 US (Chicago)
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    877 853 5257 US Toll-free
    888 475 4499 US Toll-free
Meeting ID: 951 0622 1914
Passcode: 138258
Find your local number: https://fluentco.zoom.us/u/aAhEpxbcf



Mail Attachment

**From:** **Justin Emert** justin.e@espireads.com
**Subject:** Updated invitation: Espire Team Zoom Call @ Wed Oct 7, 2020 2pm - 3:30pm (PDT) (lisa@espireads.com)
**Date:** October 7, 2020 at 11:22 AM
**To:** lisa@espireads.com, chuk@espireads.com, justin@espireads.com, steven@espireads.com, jenn@espireads.com, nick@espireads.com, kay@espireads.com, peter@espireads.com, lester@espireads.com, accounting@espireads.com



> This event has been changed.

### Espire Team Zoom Call

| | |
|---|---|
| When | **Changed:** Wed Oct 7, 2020 2pm – 3:30pm Pacific Time - Los Angeles **more details »** |
| Where | https://zoom.us/j/97522801077 (map) |
| Joining info | Join with Google Meet
meet.google.com/kvn-pfba-hwr

Join by phone
(US) +1 216-839-0209 (PIN: 947889921)

More phone numbers |
| Calendar | lisa@espireads.com |
| Who | • justin.e@espireads.com - organizer
• chuk@espireads.com
• justin@espireads.com
• steven@espireads.com
• lisa@espireads.com
• jenn@espireads.com
• nick@espireads.com
• kay@espireads.com
• peter@espireads.com
• lester@espireads.com
• accounting@espireads.com |

Justin Emert is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/97522801077

Meeting ID: 975 2280 1077
One tap mobile
+13017158592,,97522801077# US (Germantown)
+13126266799,,97522801077# US (Chicago)

Dial by your location
    +1 301 715 8592 US (Germantown)
    +1 312 626 6799 US (Chicago)
    +1 646 876 9923 US (New York)
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 408 638 0968 US (San Jose)
Meeting ID: 975 2280 1077

Find your local number: https://zoom.us/u/ac8cd3fJfI

Going (lisa@espireads.com)?  **Yes**  -  **Maybe**  -  **No**   **more options »**

Invitation from Google Calendar

You are receiving this email at the account lisa@espireads.com because you are subscribed for updated invitations on calendar lisa@espireads.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

  

Mail Attachment    invite.ics

**From:** **Justin Emert** justin.e@espireads.com 📎  
**Subject:** Invitation: Espire Team Growth Call @ Wed Oct 14, 2020 2pm - 3pm (PDT) (lisa@espireads.com)
**Date:** October 13, 2020 at 10:16 AM
**To:** lisa@espireads.com, justin@espireads.com, chuk@espireads.com, steven@espireads.com, nick@espireads.com, jenn@espireads.com, kay@espireads.com, peter@espireads.com, accounting@espireads.com, lester@espireads.com

> **You have been invited to the following event.**

### Espire Team Growth Call

| | | |
|---|---|---|
| When | Wed Oct 14, 2020 2pm – 3pm Pacific Time - Los Angeles | **more details »** |
| Where | https://zoom.us/j/95128584186 (map) | |
| Joining info | Join with Google Meet<br>meet.google.com/djp-uzac-zss<br><br>Join by phone<br>(US) +1 484-841-5279 (PIN: 214494218)<br><br>More phone numbers | |
| Calendar | lisa@espireads.com | |
| Who | • justin.e@espireads.com - organizer<br>• justin@espireads.com<br>• chuk@espireads.com<br>• steven@espireads.com<br>• lisa@espireads.com<br>• nick@espireads.com<br>• jenn@espireads.com<br>• kay@espireads.com<br>• peter@espireads.com<br>• accounting@espireads.com<br>• lester@espireads.com | |

Justin Emert is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/95128584186

Meeting ID: 951 2858 4186
One tap mobile
+13017158592,,95128584186# US (Germantown)
+13126266799,,95128584186# US (Chicago)

Dial by your location
    +1 301 715 8592 US (Germantown)
    +1 312 626 6799 US (Chicago)
    +1 646 876 9923 US (New York)
    +1 408 638 0968 US (San Jose)
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
Meeting ID: 951 2858 4186

Find your local number: https://zoom.us/u/adZJgRRI3q

Going (lisa@espireads.com)?  **Yes**  -  **Maybe**  -  **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account lisa@espireads.com because you are subscribed for invitations on calendar lisa@espireads.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.




Mail Attachment    invite.ics