January 2, 2022 | 4:27 pm

**COVID-19 Vaccines**

Vaccine appointments are available at New York State mass vaccination sites for children ages 5- 11. Vaccines are also widely available through your child's pediatrician, family physician, local county health department, FQHC, or pharmacy.

FIND PROVIDER >

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** TAPP MARKET INFLUENCERS LLC
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW
**DATE OF INITIAL DOS FILING:** 06/28/2021
**EFFECTIVE DATE INITIAL FILING:** 06/28/2021
**FOREIGN FORMATION DATE:**
**COUNTY:** New York
**JURISDICTION:** New York, United States

**DOS ID:** 6207674
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** Active

**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 06/30/2023
**NFP CATEGORY:**

**ENTITY DISPLAY**   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

#### Service of Process Name and Address

**Name:** steven forkosh

**Address:** 400 broome street, 11th floor, NEW YORK, NY, United States, 10013

#### Chief Executive Officer's Name and Address

**Name:**

**Address:**

#### Principal Executive Office Address

**Address:**

## Registered Agent Name and Address

**Name:**

**Address:**

## Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:** No

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

September 17, 2021 | 4:15 pm

**COVID-19 Vaccines**

On August 23, the FDA announced the full approval of the Pfizer-BioNTech vaccine for the prevention of COVID-19 disease in individuals age 16 and older. Read more.

DETAILS >

# Department of State
## Division of Corporations

## Entity Information

Return to Results   Return to Search

### Entity Details

**ENTITY NAME:** TAPP INFLUENCERS CORP.
**DOS ID:** 5844565
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTION OF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** Active
**DATE OF INITIAL DOS FILING:** 09/25/2020
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 09/25/2020
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** New York
**NEXT STATEMENT DUE DATE:** 09/30/2022
**JURISDICTION:** New York, United States
**NFP CATEGORY:**

**ENTITY DISPLAY**   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

#### Service of Process Name and Address

**Name:** THE CORPORATION

**Address:** 400 BROOME STREET, 11TH FLOOR, NEW YORK, NY, United States, 10013

#### Chief Executive Officer's Name and Address

**Name:**

**Address:**

## Principal Executive Office Name and Address

**Name:**

**Address:**

## Registered Agent Name and Address

**Name:**

**Address:**

## Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:** No

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |
| PAR VALUE | 1,000 | $1.00 |