Registration #: TX0009037536
Service Request #: 1-10989500653

## Mail Certificate

Sutton Sachs Meyer PLLC
Zachary Meyer
14 Penn Plz Ste 1315
New York, NY 10122 United States

**Priority:** Special Handling  **Application Date:** November 17, 2021

## Correspondent

**Organization Name:** Sutton Sachs Meyer PLLC
**Name:** Andrew Sachs
**Email:** andrew@ssm.law
**Telephone:** (212)480-4352
**Fax:** (212)480-4351
**Address:** 14 Penn Plz Ste 1315
New York, NY 10122 United States

Registration Number
**TX 9-037-536**
**Effective Date of Registration:**
November 17, 2021
**Registration Decision Date:**
November 18, 2021

## Title

**Title of Work:** Espire Influencer Network App Code

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 24, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Espire Ads LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Espire Ads LLC
3610 Central Ave, No 42, Riverside, CA, 92506, United States

## Rights and Permissions

**Organization Name:** Sutton Sachs Meyer PLLC
**Email:** info@ssm.law
**Telephone:** (212)480-4350
**Address:** 14 Penn Plz Ste 1315
New York, NY 10122 United States

## Certification

**Name:** Andrew Sachs
**Date**: November 17, 2021

**Correspondence:** Yes

| | |
|---:|:---|
| **Registration #:** | TX0009037539 |
| **Service Request #:** | 1-10989446981 |

## Mail Certificate

Sutton Sachs Meyer PLLC
Zachary Meyer
14 Penn Plz Ste 1315
New York, NY 10122 United States

| | | | |
|---:|:---|---:|:---|
| **Priority:** | Special Handling | **Application Date:** | November 17, 2021 |

## Correspondent

| | |
|---:|:---|
| **Organization Name:** | Sutton Sachs Meyer PLLC |
| **Name:** | Andrew Sachs |
| **Email:** | andrew@ssm.law |
| **Telephone:** | (212)480-4352 |
| **Fax:** | (212)480-4351 |
| **Address:** | 14 Penn Plz Ste 1315 |
| | New York, NY 10122 United States |

# Title

**Title of Work:** Espire Influencer Network SaaS Code

# Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 21, 2017
**Nation of 1st Publication:** United States

# Author

- **Author:** Espire Ads LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

# Copyright Claimant

**Copyright Claimant:** Espire Ads LLC
3610 Central Ave, No 42, Riverside, CA, 92506

# Rights and Permissions

**Organization Name:** Sutton Sachs Meyer PLLC
**Email:** info@ssm.law
**Telephone:** (212)480-4350
**Address:** 14 Penn Plz Ste 1315
New York, NY 10122 United States

# Certification

Registration Number
**TX 9-037-539**
**Effective Date of Registration:**
November 17, 2021
**Registration Decision Date:**
November 18, 2021

**Name:** Andrew Sachs
**Date**: November 17, 2021
**Applicant's Tracking Number**: 10315-A

**Correspondence:** Yes