# Expert Affidavit

May 27, 2022

My name is Nathan Zaugg. I have a bachellors of Science degree from Weber State University in Computer Science (Ogden, UT). I've been writing software professionally for the past 25 years. I founded Mindfire Technology in 2012, and I've done code analysis on legal cases for the past 2+ years.

I, Nathan Zaugg, being duly swarn, hearby swear under oath the following:

1. That in my expert opinion, and as far as can be resonably determined, no open-source applications were used as the basis of the eSpire backend (Github `espireads/backend`) nor were any open-source applications used as the basis of the eSpire mobile application (Github `esprieads/mobile`). The analysis of the git commit history (incremental changes in the features of the code over time) do not reveal the use of any pre-built applications used or modified or extended in either of these applications.

2. Furthermore, it is my expert opinion that the features of each of these apps was written organically, over a period of time, and idiomatic of the platforms they are based upon.

By _[signature]_ notorized on May 27, 2022
Nathan Zaugg

Swarn to (or affermed) before me, Kaitlyn Horvat

Notary Public, on this 27 day of May 2022 by Nathan Zaugg, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS

_[signature]_
Notary Public

NOTARY PUBLIC
Kaitlyn Horvat
Comm. # 722371
My Commission Expires
January 11, 2026
State of Utah