UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESPIRE ADS LLC, ET AL.,

            Plaintiffs,

- against -

TAPP INFLUENCERS CORP., ET AL.,

            Defendants.

21-cv-10623 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk is directed to strike the memorandum of law at Docket No. 53. The plaintiffs should file a new memorandum of law in opposition to the motion to dismiss, which can be no longer than 9,000 words, by June 1, 2022. The memorandum of law should include a certification from plaintiffs' counsel regarding the length of the brief. The defendants should reply by July 1, 2022.

    Because the plaintiffs' motion for sanctions is being withdrawn without prejudice, the Clerk is directed to close Docket No. 49.

SO ORDERED.

Dated:    New York, New York
            May 31, 2022

                                                  John G. Koeltl
                                    United States District Judge