```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ESPIRE ADS LLC et al.,                          :
                    Plaintiffs,                 :    ORDER
       -v.-                                     :
                                                     21 Civ. 10623 (JGK) (GWG)
TAPP INFLUENCERS CORP. et al.,                  :
                    Defendants.                 :
-----------------------------------------------------------X
TAPP INFLUENCERS LLC, et al.,                   :
                    Plaintiffs,                 :    21 Civ. 11068 (JGK)(GWG)
       -v.-                                     :
ESPIRE ADS LLC, et al.,                         :
                    Defendants..                :
-------------------------------------------------------
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The above two actions have been consolidated for all purposes under Fed. R. Civ. P. 42. Until further order of the Court, all filings for both cases shall be made exclusively in Docket 21 Civ. 10623. Any filing in Docket 21 Civ. 10623 shall be deemed to have also been filed in 21 Civ. 11068.

SO ORDERED.

Dated: June 21, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge