```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ESPIRE ADS LLC et al                      :

                Plaintiffs,               :    ORDER

        -v.-                              :
                                               21 Civ. 10623 (JGLC) (GWG)
TAPP INFLUENCERS CORP et al.,             :

                Defendants.               :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The Court has issued a confidentiality order as requested by the parties. (Docket # 96). The parties have now submitted a new proposed confidentiality order. (Docket # 97.) The parties are directed to file a letter explaining the need for an new confidentiality order. Additionally, the Court reminds the parties that all applications relating to discovery are to be made to the undersigned, not Judge Clarke. See Docket # 77.

SO ORDERED.

Dated: September 26, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge