UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
ESPIRE ADS LLC et al.,
:
            Plaintiffs,                              AMENDED ORDER
:
   -v.-
:        21 Civ. 10623 (JGLC) (GWG)

TAPP INFLUENCERS CORP. et al.,      :

           Defendants.          :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the discovery dispute raised in Docket # 105 will take place on Thursday, February 22, 2024 at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.  Mr. Meyer shall file a response to Docket # 105 by 3:00 p.m. on Wednesday, February 21, 2024.  It is the Court's intention to decide the dispute based on the parties' letters unless a party files a letter in advance of the conference showing good cause why formal briefing should be required.

      This is the only matter scheduled for this date and time.  Please be sure to arrive sufficiently in advance so that the conference may begin on time.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated:  February 16, 2024
         New York, New York

                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge