UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                                            :

ESPIRE ADS LLC et al.,
                                                                                            :

                Plaintiffs,                                ORDER
                                                                                         :

       -v.-
                                                                                           :        21 Civ. 10623 (JGLC) (GWG)

TAPP INFLUENCERS CORP. et al.,        :

               Defendants.               :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The date of the conference to discuss the discovery disputes raised in Docket # 105 is changed from Thursday, February 22, 2024, to Tuesday, February 20, 2024 at 2:30 p.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.

       Additionally, the Court notes that it is improper for a party to withhold documents merely because another party has not fulfilled its discovery obligations.

       SO ORDERED.

Dated: February 16, 2024
       New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge