UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                     :

ESPIRE ADS LLC et al.,

                                       Plaintiffs,                                    SCHEDULING ORDER

        -v.-

                                                                       :      21 Civ. 10623 (JGLC) (GWG)

TAPP INFLUENCERS CORP. et al.,

                                    Defendants.
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of the application made in Docket # 115, the Clerk of the Court is directed to make Docket ## 114-7 and 115-2 accessible only to the Court and participants in the case.

Dated:  New York, New York
            March 4, 2024

                                                  SO ORDERED:

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge