```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ESPIRE ADS LLC et al.,                          :

                Plaintiffs,                     :        ORDER

        -v.-                                    :
                                                         21 Civ. 10623 (JGLC) (GWG)
TRAPP INFLUENCERS CORP. et al.,                 :

                Defendants.                     :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

If the Espire parties wish to file a reply letters to the letters filed on March 7, 2024, they may do so by Monday, March 11, 2024.

SO ORDERED.

Dated: March 8, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge