UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                                   :

ESPIRE ADS LLC et al.,

                          Plaintiffs,           :          ORDER

           -v.-

                        :          21 Civ. 10623 (JGLC) (GWG)

TAPP INFLUENCERS CORP. et al.,           :

                   Defendants.      :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Because the Tapp parties no longer are seeking sealing of the documents previously sealed as ordered in Docket # 119 (see Docket # 126), the Clerk of the Court is directed to make Docket ## 114-7 and 115-2 available for public view.

Dated: New York, New York
           March 8, 2024

                                        SO ORDERED:

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge