

**Serge Krimnus, Esq.**
**BOCHNER PLLC**

1040 Avenue of the Americas, 15TH Floor, New York, NY 10018

o 646.971.0685  e serge@bochner.law  w bochner.law

June 13, 2024

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Foley Square
New York, NY 10007

MEMORANDUM ENDORSED

Re: Espire Ads LLC et al v. Tapp Influencers Corp. et al (1:2021-cv-10623 c/w 2:2023-cv-01347)
<u>Letter re extension to file new joint letter replacing ECF 138</u>

Dear Judge Gorenstein:

This firm is counsel to Defendants Tapp Influencers Corp., Tapp Market Influencers LLC, The Blu Market Inc., The Blu Market LLC, Steven Forkosh, Brennan Kastner, And Justin Emert ("The TAPP Parties") in the above-referenced matter. We write, with Plaintiffs' consent, to respectfully request an extension of time until June 28, 2024 for both parties to confer by telephone and file a new joint letter replacing ECF 138 pursuant to the Order entered by Your Honor on May 9, 2024.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Bochner PLLC
<u>/s/ Serge Krimnus</u>
Serge Krimnus, Esq.
*Attorneys for Defendants*

Extension to June 28, 2024, granted. The Court is hopeful that the extended period for the preparation of this letter is accompanied by extended discussions that will allow the narrowing and elimination of disputes.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 14, 2024