

**Serge Krimnus, Esq.**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
**o** 646.971.0685 **e** serge@bochner.law **w** bochner.law

July 19, 2024

**VIA ECF**

# MEMORANDUM ENDORSED

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Foley Square
New York, NY 10007

> Re:    Espire Ads LLC et al v. Tapp Influencers Corp. et al (1:2021-cv-10623 c/w 2:2023-cv-01347)
> Letter re extension to file new joint letter replacing ECF 138

Dear Judge Gorenstein:

This firm is counsel to Defendants Tapp Influencers Corp., Tapp Market Influencers LLC, The Blu Market Inc., The Blu Market LLC, Steven Forkosh, Brennan Kastner, And Justin Emert ("The TAPP Parties") in the above-referenced matter. We write, with Plaintiffs' consent, to respectfully request an extension of time until August 2, 2024 for both parties to confer by telephone and file a new joint letter replacing ECF 138 pursuant to the Order entered by Your Honor on May 9, 2024.

On June 26, 2024 the parties filed a letter [ECF 149] to request an extension of time to comply with Your Honor's May 9 Order to update the Court on the status of the instant discovery disputes, which was granted in part. However, since this letter was filed, Defendants' counsel still had to wait over a week for the missing discovery files to upload. Now that the missing discovery files have successfully uploaded, Defendants' counsel needs time to review and analyze them. Both parties' counsels have remained in communication to attempt to resolve the discovery disputes to replace ECF 138 with a new joint letter to comply with Your Honor's May 9 Order, and for these reasons seek the instant two-week extension.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Extension to August 2, 2024, granted.

/s/ Serge Krimnus
Serge Krimnus, Esq.
*Attorneys for Defendants*

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 22, 2024