UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                       :

ESPIRE ADS LLC et al.,

                                       :

        Plaintiffs,                ORDER

                                         :

      -v.-

                                       :       21 Civ. 10623 (JGLC) (GWG)

TAPP INFLUENCERS CORP. et al.,       :

        Defendants.           :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      At the discovery conference held on March 16, 2026, the parties indicated that they would attempt to "work out" a new discovery schedule.  The parties are directed to consult on this topic and to file by April 7, 2026, either (1) a letter that contains a jointly-approved schedule or (2) file separate letters as to their proposed schedules, giving specific reasons why their proposals should be adopted.

      SO ORDERED.

Dated:  March 27, 2026
       New York, New York

                                      _____
                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge