

## TAYLOR DYKEMA

**Taylor Dykema PLLC**

Meredith Lloyd
Attorney
meredith@taylordykema.com

April 16, 2026

**VIA ECF**

MEMORANDUM ENDORSED

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Foley Square
New York, NY 10007

**Re:**    ***Espire Ads, LLC, et al. v. Tapp Influencers Corp. et al.*** **(1:2021-cv-10623)**
        Request to Redact Confidential Information in Transcript of March 16, 2026 Conference

Your Honor:

This firm represents the TAPP Parties[1] in the above-captioned matter. We write, with the consent of the Espire Parties, to request redaction of the transcript from a conference dated March 16, 2026 (ECF 226) and filed April 15, 2026. We respectfully submit that the redactions listed below (by page and line number in the transcript) will prevent public disclosure of Confidential Information belonging to the TAPP Parties and to non-parties Fluent, Inc. and Bruce Wayne Enterprises.

| Page(s) | Line(s) | Summary of Redacted Material |
|---------|---------|------------------------------|
| 7 | 12-16 | Discussion of the terms of a Confidential agreement between Mr. Forkosh and non-party Fluent, Inc. |
| 36 | 7, 17 | Discussion of the terms of a Confidential agreement between non-parties Bruce Wayne Enterprises and Fluent, Inc. |

Each of the proposed redactions will prevent the public disclosure of information that is confidential and under seal in the matter of *Forkosh, et al. v. Fluent et al.* (SDNY Case No. 25-

---

[1] TAPP Influencers Corp., TAPP Market Influencers LLC, The Blu Market Inc., The Blu Market LLC, Steven Forkosh, Justin Emert, and Brennan Kastner.

Hon Gabriel W. Gorenstein
U.S. District Court, Southern District of New York
April 16, 2026

cv-07967). Here, as Judge Torres concluded in *Forkosh v. Fluent*, the Court should weigh the value of public access to judicial documents against the impact of disclosure on, among other ends, on "the disclosure of confidential business information." *Haft v. GE Appliances*, No. 21 Civ. 506, 2022 WL 20056051, at *1 (S.D.N.Y. Jan. 27, 2022); *see also United States v. Amodeo*, 71 F.3d 1044, 1049–50 (2d Cir. 1995).

The TAPP Parties respectfully submit that the proposed narrow redactions to the transcript will avoid the breach of confidentiality provisions in the referenced agreements and also prevent the public dissemination of confidential information from those agreements which was discussed at the hearing.

We thank the Court for its attention to this matter.

Respectfully Submitted,
*/s/ Meredith Lloyd*
Meredith Lloyd, Esq.

*Counsel for the TAPP Parties*

Granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 22, 2026



2