UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                    :

ESPIRE ADS LLC et al.,

                                    :

          Plaintiffs,                     ORDER TO SHOW CAUSE

                                    :

     -v.-

                                    :       21 Civ. 10623 (JGLC) (GWG)

TAPP INFLUENCERS CORP. et al.,       :

          Defendants.           :
-------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     Eric Dykema, counsel for the TAPP parties, has filed a letter (Docket # 232) indicating that the Espire parties' attorney, Zachary Meyer, emailed a former attorney for the TAPP parties offering information "of value" to "any claims of tortious interference against Erik Dykema for stealing your firm's clients." Docket # 232-1. While sending this email certainly represents baffling behavior on the part of Mr. Meyer, it may also violate Rules 4.4(a) and 8.4(d) of the New York Rules of Professional Conduct as set forth in Mr. Dykema's letter at Docket # 232.

     Accordingly, Mr. Meyer is hereby ORDERED TO SHOW CAUSE why he should not be sanctioned by the Court for his conduct. See United States v. Hammad, 858 F.2d 834, 837 (2d Cir. 1988) ("The federal courts enforce professional responsibility standards pursuant to their general supervisory authority over members of the bar.") (citation omitted). Such showing shall be made by a sworn statement and memorandum of law filed on or before May 28, 2026.

SO ORDERED.

Dated: May 14, 2026
       New York, New York

                                       _____
                                       GABRIEL W. GORENSTEIN
                                     United States Magistrate Judge