UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ESPIRE ADS LLC et al.,

Plaintiffs,

-v.-

TAPP INFLUENCERS CORP. et al.,

Defendants.

---------------------------------------------------------------x

ORDER

21 Civ. 10623 (JGLC) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

The Espire Parties have leave to file a reply letter to Docket # 259 addressing solely arguments made in Docket # 259 that were not discussed in the Espire Parties' original letter (Docket # 258). The reply letter shall be no more than 5 pages and shall be filed by October 21, 2026.

SO ORDERED.

Dated: October 19, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge